## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KAREN ATKINS | Case No. 2:10-cv-738 |
| Plaintiff, | |
| | Judge: Edmund A. Sargus |
| vs. | |
| | Magistrate Judge: Terence P. Kemp |
| NORDSTROM, INC., et al. | |
| Defendants. | **STIPULATION AND ORDER OF STAY PENDING ARBITRATION** |

Plaintiff Karen Atkins ("Plaintiff") and Defendant Nordstrom, Inc. ("Defendant") hereby stipulate to stay these proceedings pending arbitration as dictated by the arbitration clause contained in the Dispute Resolution Program that governs the employment relationship between the parties. Plaintiff's claims in the Complaint relate to her previous employment relationship with Defendant and are covered under the scope of the arbitration provisions in the Dispute Resolution Program. Accordingly, the parties agree that this action shall be stayed pending arbitration.

SO ORDERED.  _[signature]_ 11-9-2010

WE SO STIPULATE:

| | |
|---|---|
| /s Kathryn R. Gugle | /s Michael W. Hawkins |
| Kathryn R. Gugle, Esq. (0059375) | Michael W. Hawkins, Esq. (0012707) |
| 2720 Airport Dr. | Elizabeth A. Simmons, Esq. (0078969) |
| Suite 100 | DINSMORE & SHOHL LLP |
| Columbus, OH 43219 | 255 East Fifth Street, Suite 1900 |
| T: 614.418.1746 | Cincinnati, OH 45202 |
| F: 614.891.6997 | T: 513.977.8200 |
| krgugle@aol.com | F: 513.977.8141 |
| | michael.hawkins@dinslaw.com |
| | elizabeth.simmons@dinslaw.com |
| Trial Attorney for Plaintiffs | Trial Attorneys for Defendant |

1844142_1